**26**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Claudio JIMENEZ–MARTINEZ, also
known as Juan Carlos Pineda–Cas-
tregon, Defendant–Appellant.

No. 06–40390
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Federal Public Defender's Office
Southern District of Texas, Houston, TX,
for Defendant–Appellant.

Before JONES, Chief Judge, and
SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Claudio Jimenez–Martinez raises ar-
guments that are foreclosed by *Almenda-
rez–Torres v. United States*, 523 U.S. 224,
235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not
a separate criminal offense. The Govern-
ment's motion for summary affirmance is

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

GRANTED, and the judgment of the dis-
trict court is AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Liborio MARTINEZ–MARTINEZ,
Defendant–Appellant.

No. 06–40410
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office Southern Dis-
trict of Texas, Houston, TX, Plaintiff–Ap-
pellee.

Marjorie A. Meyers, Federal Public De-
fender, Philip G. Gallagher, Federal Public
Defender's Office Southern District of
Texas, Houston, TX, Defendant–Appellant.

Before JONES, Chief Judge, and
SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Liborio Martinez–Martinez raises

---

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be

arguments that are foreclosed by *Almendarez-Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Remedios REYES–GARCIA, also known as Jose Remedios Reyes, also known as Ricardo Valles Ramirez, Defendant–Appellant.**

No. 06–10170
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Nancy E. Larson, Assistant U.S. Attorney, Christopher R. Wolfe, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Christopher Allen Curtis, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Remedios Reyes–Garcia raises arguments that are foreclosed by *Almendarez-Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense, and by *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006), which held that a sentence within a properly calculated Guideline range is presumptively reasonable. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory HICKS, Defendant–Appellant.**

No. 06–10318
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Frederick M. Schattman, Delonia Anita Watson, U.S. Attorney's Office Northern

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.